RECEIVED
FEB 0 2 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ROSALIND A. CLAYTON )
)
      Plaintiff )
)
v. ) Case No. 4:23-cv-01186-SRC
)
UNITED STATES POSTAL SERVICE et al )
)
      Defendants )

### PLAINITFF MOTION IN OPPOSTION TO USPS REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS

COMES NOW Plaintiff Rosalind A. Clayton, pro se, her motion in Opposition to USPS'S Reply Memorandum in Support of it Motion to Dismiss states:

### I. BACKGROUND

Plaintiff does not concede to any USPS arguments. First, she admittedly failed to Serve Attorney General of United States. This is a fabricated statement Plaintiff served a copy of her Complaint to the United States Attorney General located Washington DC, via Certified Mail tracking # 7012 2210 0002 7509 9504, she submitted a copy of her return receipt to this court and she served United States Attorney in the district located Saint Louis MO, via Certified Mail tracking #7012 2210 0002 7510 3218. Second, she offered no facts to support claim she exhausted Title VII ADEA or FTCA administrative remedies. This is a false statement. Plaintiffs entered direct evidence in the instant case 5 EEO complaints she filed within 45 days of the discrimination. See Page Id # 54 – 64. Plaintiff bypassed the administrative complaint process by electing not to file a formal complaint and instead, she filed a civil action in U.S. District Court. Before filing suit in district court you must file a notice within180 calendar day of the alleged discrimination. Plaintiff was discharged Jan. 5, 2023, she received EEO right to file notice Feb. 2, 2023.

1

Plaintiff faxed an intent to sue notice to the EEOC March 2, 2023. Plaintiff entered direct evidence in instant case See Exhibits P, Q attached to Plaintiff's Motion in Opposition to USPS Motion to Dismiss. To preserve your claim under federal law, you must file with the EEOC within 300 days of the day you believe you were discriminated against. Plaintiff submitted direct evidence she timely exhausted ADEA administrative remedies. Plaintiff didn't file a Federal Tort Claim Act therefore she is not required to exhaust FTCA administrative remedies. USPS attorneys continue to distort the facts in the instant case misleading the court placing Plaintiff in a bad light. Plaintiff is not required to exhaust administrative remedies 29 U.S.C. 633(a)(c) "Any *person aggrieved may bring a civil action in any federal district Court of competent jurisdiction for such legal equitable relief*". Plaintiff' an employee with USPS she has a fundamental right to file a lawsuit against her employer if she believed she was harassed, discriminated, retaliated, against. The court should not dismiss Plaintiff (1) Equal Pay Act claim. USPS issued Plaintiff a schedule change that caused the woman's Sunday premium wages to be eliminated See Page Id # 36 38. Equal Pay Act protects against wage discrimination based on sex. (2) Fourteen Amendment claim 42 U.S.C. 1983 you may sue the state or local officials for the "deprivation of any rights and privilege's secured by constitution. USPS suspended me for 23 days without just cause, failed to interview & allow her an opportunity to be heard and to challenge the allegations made against me deprived me of due process. (3) 42 U.S.C. 1981(a) all persons have the same right, to the full and equal benefit of all laws and proceedings for the security of person and property as is enjoyed by white citizens, the same right to make and enforce contract applies to private and governmental action, such as workplace racially hostile work environment.

2

(4) 29 U.S. C. 201 – 219 Fair Labor Standard Act (FLSA) provides a national minimum hourly wage (29 U.S.C. 206) mandatory overtime compensation (29 U.S.C. 207) FLSA requires all employers to maintain accurate employee records in accordance to Act and provision. USPS schedule change caused me not to be paid 48 hours of unpaid wages. Section 216(b) of Title 29 provides for an employer civil liability for violation of provision.

(5) Retaliation claims when an employer or superior punishes an employee for engaging in legally protected act. USPS stole over $1,900 unpaid wages because of USPS discriminatory schedule change.  The plaintiff a black woman should have the right to file these claim because she was deprived of benefit, privileges and wages.

## II.   Facts

Plaintiff has a right to file 14 count complaint against USPS. The Court should not Dismiss Plaintiff claims 2, 4, 7, based on she failed to exhaust her administrative remedies.  Plaintiff bypassed the administrative process.  Similarly, the Court should not dismiss plaintiff claims because she did serve the United States with a Summon and Complaint by Certified Mailed tracking # 7012 2210 0002 7510 3225. See Plaintiff Exhibit I attached to Plaintiff Motion in Opposition of USPS Motion to Dismiss. This court has jurisdiction over all civil matters. The Court shouldn't dismiss Plaintiff claims 1,3, 9 and 10 because they are legally unavailable to Plaintiff.  This a discriminatory request USPS attorney is implying the law doesn't cover the older, negro, women employees have no right to redress. None of the Plaintiff claim should be dismissed. USPS attorney distorts the fact USPS retaliated against me when I opposed the schedule change USPS immediately USPS began stealing my wages is retaliation. Plaintiff did not add any new claim, USPS stole my wages Oct- 2022- Nov- 2022.

3

### III. Conclusion

The Court should not dismiss Plaintiff claims because she properly served USPS with a summon and complaint via certified mail. USPS issued Plaintiff an Emergency Placement 5 days after the allege emergency occurred is **untimely**. USPS placed Spain on Emergency Placement. Jan. 2, 2023. Both dates can't be the date of emergency.

Respectfully submitted.

*Rosalind A. Clayton*
Rosalind A. Clayton pro se
1240 Express Drive
Belleville IL 62223
618-623-8049
claytonnewlife@yahoo.com

### CERTIFICATE OF SERVICE

The undersigned certify that she deposited a copy of the foregoing documents in the U.S. Postal Service mailbox pre- paid First – Class Mail addressed to the attorneys on record on this 2nd day of February 2024.

*Rosalind A. Clayton*
Rosalind A. Clayton pro se
1240 Express Drive
Belleville IL 62223
618-623-8049

Sherrie A. Hall
2258 Grissom Drive
Saint Louis, MO 63146
314- 824-0348
sherriworkerrights@gmail.com

Roger A. Keller
111 South 10th Street 20th floor
Saint Louis MO 63102
314-539- 22000
Roger.keller@uscojo.gov.

4