# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  25-2696

_____

Rosalind A. Clayton

Plaintiff - Appellant

v.

United States Postal Service; American Postal Workers Union; David Steiner, Postmaster General

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:23-cv-01186-SRC)

_____

**JUDGMENT**

Before LOKEN, L.R. SMITH, and BENTON, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 24, 2026




Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler